**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 268 MAL 2024 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Published Opinion and** |
| v. | : **Order** of the Superior Court at No. |
| | : 354 EDA 2023, at 314 A.3d 828 |
| | : (Pa. Super. 2024) entered on March |
| JONATHAN ANTHONY MCINTYRE, | : 25, 2024, **affirming** the Judgment of |
| | : Sentence of the Chester County |
| Petitioner | : Court of Common Pleas at No. CP- |
| | : 15-CR-0002525-2020 entered on |
| | : December 14, 2022 |

## ORDER

**PER CURIAM**                                            DECIDED: November 26, 2024

**AND NOW**, this 26th day of November, 2024, we **GRANT** the petition for allowance of appeal, and **VACATE** the Superior Court's decision affirming the trial court's judgment of sentence. We **REMAND** to Superior Court with instructions to apply *United States v. Rahimi*, 144 S. Ct. 1889 (U.S. 2024).